UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   24-cr-20188-RUIZ

UNITED STATES OF AMERICA

       Plaintiff,

vs.

GERARDO FLOREZ BUESAQUILLO,

       Defendant,

and

TOMER KRIHELI,
MARIA MUNOZ PACHON, and
KOOL KIDS TRANSPORT, CORP.,

       Sureties.
_____/

## ORDER

THIS CAUSE came before the Court upon the United States of America and Tomer Kriheli, Maria Munoz Pachon, and Kool Kids Tramsport, Corp.'s Agreed Motion for Partial Remission of Final Judgment of Forfeiture of Personal Surety Bond in accordance with the provisions of Fed. R. Crim. P. 46(f)(2) and (f)(4).  The Court has considered the Motion and the pertinent parts of the record and being otherwise fully advised in the premises it is hereby:

ORDERED AND ADJUDGED that good cause having been shown, the Motion is **GRANTED** and $138,000.00 of the Final Judgment of Forfeiture of Personal Surety Bond as to Tomer Kriheli, Maria Munoz Pachon, and Kool Kids Transport, Corp. in the total amount of $150,000.00 plus any applicable interest and penalties which have accrued since January 12, 2025, is hereby remitted.

Tomer Kriheli, Maria Munoz Pachon, and Kool Kids Tramsport, Corp. shall pay the total sum of $12,000.00 toward the Final Judgment of Forfeiture of Personal Surety Bond imposed on January 12, 2025, via cashier's check or money order made payable to "U.S. Courts" and referencing the above case number and case style.  The payment shall be mailed or delivered to U.S. District Court, 400 North Miami Avenue, Room 8N09, Miami, FL 33128.  The payment shall be made within 45 days of this Order.

The Clerk of Court, United States District Court, Southern District of Florida shall deposit said funds into the Crime Victim's Fund in accordance with 42 U.S.C. §10601(b)(3)

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of June 2025.

_____
RODOLFO A. RUIZ
UNITED STATES DISTRICT JUDGE

cc:     All counsel of record