UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20188-RAR

**UNITED STATES OF AMERICA**

       Plaintiff,

vs.

**GERARDO FLOREZ BUESAQUILLO**,

       Defendant,

and

**TOMER KRIHELI,
MARIA MUNOZ PACHON, and
KOOL KIDS TRANSPORT, CORP.**,

       Sureties.

_____/

## ORDER GRANTING AGREED MOTION FOR PARTIAL REMISSION

**THIS CAUSE** comes before the Court upon the United States of America and Tomer Kriheli, Maria Munoz Pachon, and Kool Kids Transport, Corp.'s Agreed Motion for Partial Remission of Final Judgment of Forfeiture of Personal Surety Bond in accordance with the provisions of Fed. R. Crim. P. 46(f)(2) and (f)(4) ("Motion"), [ECF No. 237].  The Court having considered the Motion and the pertinent portions of the record and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that good cause having been shown, the Motion is **GRANTED** and $138,000.00 of the Final Judgment of Forfeiture of Personal Surety Bond as to Tomer Kriheli, Maria Munoz Pachon, and Kool Kids Transport, Corp. in the total amount of $150,000.00, plus any applicable interest and penalties which have accrued since January 12, 2025, [ECF No. 93], is **hereby remitted**.

Tomer Kriheli, Maria Munoz Pachon, and Kool Kids Transport, Corp. shall pay the total sum of **$12,000.00** toward the Final Judgment of Forfeiture of Personal Surety Bond imposed on January 12, 2025, [ECF No. 93], via cashier's check or money order made payable to "U.S. Courts" and referencing the above case number and case style.  The payment shall be mailed or delivered to U.S. District Court, 400 North Miami Avenue, Room 8N09, Miami, FL 33128.  The payment shall be made within **45 days** of this Order.

The Clerk of Court, United States District Court, Southern District of Florida shall deposit said funds into the Crime Victim's Fund in accordance with 42 U.S.C. §10601(b)(3).

**DONE AND ORDERED** in Miami, Florida, this 30th day of June, 2025.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**

cc:   All counsel of record