UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 24-CR-20188-RUIZ

UNITES STATES OF AMERICA,
    Plaintiff,
vs.

GERARDO FLOREZ BUESAQUILLO,
    Defendant,
_____/

## NOTICE OF FILING DEFENDANT'S LETTER IN SUPPORT OF SENTENCING

COMES NOW The Defendant, GERARDO FLOREZ BUESAQUILLO, by and through her undersigned counsel and hereby files the following letters of recommendation in support of sentencing hearing.

Respectfully submitted,

By: */s/ Arturo V. Hernández*
ARTURO V. HERNANDEZ, P.A.
Florida Bar No.: 324078
Gables International Plaza
2655 S LeJeune Rd, Suite #524
Coral Gables, FL 33134
Tel: 305-579-4850
E-mail: avhlawpa@gmail.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this  15th  day of July, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Respectfully submitted,

By: */s/ Arturo V. Hernández*

–1–