**Honorable Judge Rodolfo Ruiz**
Southern District Court of Florida
Miami, Florida

Dear Judge Ruiz:

My name is Juan David Florez Palomino, I am 18 years old, and I live in Cali, Colombia. I am writing with the deepest respect and humility to ask for a chance for my father, Gerardo Florez.

I lost my mother when I was only six years old. Since then, my father has been everything to me: my family, my support, and my livelihood. He went to the United States in search of a better future, and during all these years, he has been the one who has supported me financially and emotionally. I have no one else.

Today, his absence has left a huge void in my life. I am going through a very difficult situation. I have no one to support me, I have no support, and I find myself completely alone. My father is the only thing I have in my life.

With all the pain in my heart, I beg you to give him a chance. He is not just a father who has fought for me, he is my only family. This request is not only for him, it's also for me, his son, who desperately needs him.

Thank you for taking the time to read these words.

With respect and hope,
Juan David Florez Palomino
[redacted]
Cali, Colombia

**Honorable Juez Rodolfo Ruiz**
Corte del Distrito Sur de Florida
Miami, Florida

Estimado Juez Ruiz:

Mi nombre es Juan David Florez Palomino, tengo 18 años y vivo en Cali, Colombia. Le escribo con el más profundo respeto y humildad para pedirle una oportunidad para mi padre, Gerardo Florez.

Perdí a mi madre cuando tenía solo seis años. Desde entonces, mi padre ha sido todo para mí: mi familia, mi apoyo, y mi sustento. Él se fue a Estados Unidos en busca de un mejor futuro, y durante todos estos años ha sido quien me ha sostenido económicamente y emocionalmente. No tengo a nadie más.

Hoy, su ausencia ha dejado un vacío inmenso en mi vida. Estoy pasando por una situación muy difícil. No tengo sustento, no tengo apoyo, y me encuentro completamente solo. Mi padre es lo único que tengo en la vida.

Con todo el dolor de mi corazón, le ruego que le dé una oportunidad. No solo es un padre que ha luchado por mí, es mi única familia. Esta petición no es solamente por él, también es por mí, su hijo, que lo necesita desesperadamente.

Gracias por tomarse el tiempo de leer estas palabras.

Con respeto y esperanza,
**Juan David Florez Palomino**
[signature redacted]
**Cali- Colombia**