— July 7, 2025

Your Honor:

I, Socorro Buesaquillo, ID number ███████, I address you with my heart in my hand and a deep pain that I can no longer contain. Today I write these lines driven by the absence of my son, Gerardo Florez Buesaquillo, whose voice was my daily breath, always reminding me to take my medication, despite the distance that separates us since he immigrated to the United States in search of a better future.

My son has always been a responsible, loving, hardworking man, committed to his family. From a very young age, he faced life bravely: he learned to cut hair at age 11 to help us get ahead after the death of his father. He was my unconditional support while raising four children alone in very difficult conditions. He has never been involved in legal proceedings; he has always strived to excel and help us.

Today I raise my voice as a mother to plead for justice and understanding. Gerardo's confinement not only takes away a noble human being from us, but has also seriously affected my physical and emotional health. Your financial support is vital to cover my medications and maintain a minimum quality of life.

Your Honor, I appeal to your wisdom, your judgment, and your human sensitivity. My son does not deserve to be deprived of his freedom. His kindness, his dreams, and his fight for the well-being of his family speak for him. I pray that God and you grant him his freedom, and that I pray for the comfort of having him close, hugging him, and blessing him.

Thank you for your attention, and may God bless you and your family.

Sincerely,

Socorro Buesaquillo B.



 – 7 de julio de 2025

Señor Juez:

Yo, Socorro Buesaquillo, identificada con ███████████, me dirijo a usted con el corazón en la mano y un profundo dolor que no puedo seguir guardando. Hoy escribo estas líneas impulsada por la ausencia de mi hijo, Gerardo Florez Buesaquillo, cuya voz era mi aliento diario, siempre pendiente de recordarme que tomara mis medicamentos, a pesar de la distancia que nos separa desde que emigró a Estados Unidos en busca de un mejor futuro.

Mi hijo ha sido siempre un hombre responsable, amoroso, trabajador y comprometido con su familia. Desde muy joven, enfrentó la vida con valentía: aprendió a cortar cabello a los 11 años para ayudarnos a salir adelante, tras la muerte de su padre. Fue mi apoyo incondicional mientras criaba sola a cuatro hijos en condiciones muy difíciles. Nunca ha estado involucrado en actos judiciales, siempre ha luchado por superarse y por ayudarnos.

Hoy levanto mi voz como madre para suplicar justicia y comprensión. El encierro de Gerardo no solo nos arrebata a un ser humano noble, sino que también ha afectado gravemente mi salud física y emocional. Su apoyo económico es vital para costear mis medicamentos y mantener una mínima calidad de vida.

Señor Juez, apelo a su sabiduría, a su criterio y a su sensibilidad humana. Mi hijo no merece estar privado de su libertad. Su bondad, sus sueños y su lucha por el bienestar familiar hablan por él. Ruego a Dios y a ustedes que le concedan su libertad, y a mí, el consuelo de tenerlo cerca, abrazarlo y bendecirlo.

Gracias por su atención y que Dios lo bendiga a usted y a su familia.

Cordialmente,

Socorro Buesaquillo B.

