**Honorable Judge Rodolfo Ruiz,**

I write to you with the utmost respect to provide this letter of recommendation on behalf of Mr. Gerardo Flórez, whom I have known for approximately five years. Our relationship is one of friendship and mutual support, and throughout this time, I have come to know him closely and to appreciate his strong character and human qualities.

Gerardo has always demonstrated himself to be a man of principle—deeply committed to his family, respectful toward others, and consistently kind and willing to help. He is a devoted father and son, who deeply loves his mother and his child, and has always worked diligently to provide and care for them. In my experience, he has proven to be honest, trustworthy, and generous.

I recall one particular moment when he offered me his unconditional support during a very difficult time in my life. He was there for me emotionally and even provided financial help when I was most vulnerable. I also remember how he cared for an elderly neighbor, whom he lovingly called "grandmother." He would take her to her medical appointments and was consistently attentive to her well-being. These acts of compassion reflect the genuine kindness and generosity that define Gerardo's character.

It is because of these experiences that I feel compelled to write this letter. I firmly believe that Gerardo is much more than the current circumstances he faces.

I understand the seriousness of the legal process he is undergoing. With full respect for this honorable court, I humbly ask that you consider mercy and compassion in your judgment. I know that Gerardo has done his best to cooperate with the authorities of the United States, and I am confident that, if granted a second chance, he will continue to live as a man of integrity who wishes to rebuild his life alongside his loved ones.

Thank you sincerely for taking the time to read my letter. I place my full trust in your wisdom and discernment to impose a sentence grounded in both justice and compassion.

Respectfully,

Phone number:

Natalia Jiménez