Honorable Judge Rodolfo Ruiz
United States District Court
Miami, Florida

**Subject:** Character Reference Letter for Mr. Gerardo Flores

Dear Judge Rodolfo Ruiz,

My name is Beatriz Montoya, and I am writing to provide a personal reference for Mr. Gerardo Flores, whom I have known for several years.

Throughout the time I have known Gerardo, he has always stood out as an exemplary and hardworking person, with a sincere desire to help others. He actively participates in sports events and is deeply committed to his community.

Despite holding two jobs, Gerardo faithfully attended church every Sunday, which demonstrates his strong moral values and spiritual dedication. He has always supported his mother and his younger siblings with a great sense of responsibility and love.

Gerardo is a person with noble feelings—kind and compassionate not only toward people but also animals. Personally, he was especially respectful and caring with my 89-year-old mother and my pet.

He has been a positive influence on me and on everyone who has had the pleasure of knowing him.

Thank you for your time and consideration. Please don't hesitate to contact me should you require any additional information.

Sincerely,
**Beatriz Montoya**
**Ciudadana americana**
coral springs FL