

**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Detention Center*

33 NE 4th St.
Miami, FL 33132

July 14, 2025

To whom it may concern:

I, Chaplain Luis Silva, Catholic Staff Chaplain at Federal Detention Center, Miami, certify that, inmate Gerardo Flores Buesaquillo, 13862-506, is confined in this institution since February 12, 2025. He shows himself as a very spiritual, respectful, sincere, kind, humble and friendly person.
Inmate Flores is very dedicated and collaborator in his 9-EAST unit. He works every day as an assistant on the duties of cleaning in his unit.
I believe Inmate Flores is well respected and appreciated by the other inmates and officers, because of his kindness and friendly personality. He is always ready to help the other inmates, especially with those who came into the institution for the first time.
Inmate Flores is also, very active in the Catholic community. He is a faithful participant at the Eucharist every week.
Finally, I believe and testify that inmate Flores, during all his time at FDC Miami, shows a clean disciplinary record and unteachable conduct. He is always attentive to respect and follow the orders and discipline in this Institution.

For further questions, please contact me on 305-982-1390

Rev. Luis Silva
Staff Catholic Chaplain
FDC Miami, FL