UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   24-cr-20188-RUIZ

UNITED STATES OF AMERICA

       Plaintiff,

vs.

GERARDO FLOREZ BUESAQUILLO,

       Defendant,

and

TOMER KRIHELI,
MARIA MUNOZ PACHON, and
KOOL KIDS TRANSPORT, CORP.,

       Sureties.
_____/

## NOTICE OF SATISFACTION OF PAYMENT
## OF PARTIALLY REMITTED FINAL JUDGMENT OF FORFEITURE

COMES NOW, the United States of America by and through the undersigned Assistant United States Attorney, and provides notice that on July 15, 2025, the sureties, Tomer Kriheli, Maria Munoz Pachon, and Kool Kids Transport Corp., made the agreed upon payment toward the Partially Remitted Bond Forfeiture Judgment in the amount of $12,000. See ECF No. 238

       Respectfully submitted,

       **HAYDEN P. O'BYRNE**
       **UNITED STATES ATTORNEY**

BY:   *s/Danielle Croke*
     Danielle Croke
     Assistant U.S. Attorney
     Florida Bar No.: 0723258
     500 S. Australian Ave., 4th Floor
     Tel No. (561) 209-1035
     Fax No. (561) 655-9785
     E-mail: danielle.croke@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

*s/ Danielle Croke*
DANIELLE CROKE